IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | CRIMINAL ACTION |
|---|---|
| v. | |
| LEON HENRY | NO. 06-33-02 |

### O R D E R

**AND NOW**, this 4th day of April, 2014, upon consideration of defendant's *pro se* Motion for Reconsideration (Document No. 842, filed March 31, 2014), for the reasons set forth in Memorandum dated April 4, 2014, **IT IS ORDERED** that defendant's *pro se* Motion for Reconsideration is **DENIED.**

BY THE COURT:

/s/ Hon. Jan E. DuBois
**DuBOIS, JAN E., J.**